# United States District Court
EASTERN DISTRICT OF WISCONSIN

**GABRIELA CRUZ,**

**Plaintiff,**

**DEFAULT JUDGMENT IN A CIVIL CASE**

**v.**

**Case No. 26-C-193**

**ANDRA GROUP LP,**

**Defendant.**

---

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that default judgment is entered in favor of Plaintiff, Gabriela Cruz, and against Defendant, Andra Group LP. Defendant is enjoined from discriminating against individuals with disabilities and must comply with all sections of the ADA. Specifically, Defendant must remediate its website and bring it into compliance with the ADA by removing accessibility barriers so that it is accessible to blind or low-vision individuals within thirty days. If Defendant fails to do so, Defendant is enjoined from operating, utilizing or maintaining their website until it fully complies with the requirements of the ADA.

**IT IS FURTHER ORDERED** that Plaintiff is entitled to recover her attorney's fees, costs, expert fees, and litigation expenses.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: September 15, 2026

LINDA M. KLEMM
CLERK OF COURT

s/ Mara VandenHeuvel
(By) Deputy Clerk